WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>          Plaintiff,<br><br>     vs.<br><br>CASCADE RESEARCH PARTNERS, LLC, a Nevada limited liability company; VIEW OF BLACK MOUNTAIN HOMEOWNERS ASSOCIATION, a Nevada non-profit company; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No.: 2:16-cv-01600<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff, Bank of America, N.A. (hereinafter "Plaintiff") and Defendant View of Black Mountain Homeowners Association ("Black Mountain") by and through their attorneys of record, stipulates for an extension of time to allow Plaintiff to respond to Black Mountain's Motion to Dismiss First Amended Complaint filed on September 1, 2016 [ECF No. 17].

1.    The parties agree to extend the deadline for Plaintiff to file their response to Black Mountain's Motion to Dismiss First Amended Complaint to October 5, 2016.

2.    The parties agree to extend the deadline for Plaintiff to file their response to Black Mountain's Motion to Dismiss First Amended Complaint filed on September 1, 2016 [ECF No. 17] due to Plaintiff's counsel's calendaring conflicts.

1  This is the parties' first request for extension of these deadlines, and is not intended to
2  cause any delay or prejudice to any party.

3  DATED this 16th day of September, 2016.    DATED this 16th day of September, 2016.

WRIGHT, FINLAY & ZAK, LLP

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*/s/ Aaron D. Lancaster*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff,
Bank of America, N.A.*

*/s/ Siria L. Gutierrz*
Siria L. Gutierrez, Esq.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorney for Defendant View of Black Mountain Homeowners Association*

**ORDER**

IT IS SO ORDERED:

1. The date for Plaintiff to file their response to Black Mountain's Motion to Dismiss First Amended Complaint is extended to October 5, 2016.

DATED September 22, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Aaron D. Lancaster*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff,*
*Bank of America, N.A.*