**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BANK OF AMERICA, N.A.,

        Plaintiff,

vs.

CASCADE RESEARCH PARTNERS, LLC, *et al.*,

        Defendants.

2:16-cv-01600-JCM-VCF

**ORDER**

Before the court is Cascade Research Partners, LLC's ("Cascade") *Ex Parte* Application for an Order Extending Time for Service of Process and for an Order for Service by Publication (ECF No. 47). Red Rock Financial Services, LLC has made an appearance in this matter. (ECF No. 15). Since this motion is filed as ex-parte, Plaintiff and Red Rock Financial Services, LLC received no notification of the filing of instant motion through CM/ECF. Cascade has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure.

Cascade has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to all parties.

Accordingly,

IT IS HEREBY ORDERED that any opposition to Cascade Research Partners, LLC's ("Cascade") *Ex Parte* Application for an Order Extending Time for Service of Process and for an Order for Service by Publication (ECF No. 47) must be filed on or before March 10, 2017. No reply necessary.

The Clerk of Court is directed to remove the *ex parte* status on Cascade Research Partners, LLC's ("Cascade") *Ex Parte* Application for an Order Extending Time for Service of Process and for an Order for Service by Publication (ECF No. 47).

DATED this 1st day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE