**ORD**
MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2300 W Sahara Ave., Suite 420
Las Vegas, NV 89102
Telephone (702) 473-8406
Facsimile (702) 832-0248
*Attorney for Cascade Research Partners, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>CASCADE RESEARCH PARTNERS, LLC, a Nevada limited liability company; VIEW OF BLACK MOUNTAIN HOMEOWNERS ASSOCIATION, a Nevada non-profit company; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01600-JCM-VCF<br><br><s>PROPOSED</s> ORDER GRANTING EX PARTE MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND FOR AN ORDER FOR SERVICE BY PUBLICATION AS TO CAROLYN DELON |
| CASCADE RESEARCH PARTNERS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>CAROLYN DELON; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counter- Defendants. | |

**IT IS ORDERED** that the Defendant/Counterclaimant Cascade Research Partners, LLC shall be granted an additional 90 days to serve the Counter-Defendant, Carolyn Delon (hereafter, "Counter-Defendant"); and

**IT IS FURTHER ORDERED**, that the Counter-Defendant may be served by Publication of the Summons and Counterclaim at least once a week for four (4) consecutive weeks in a newspaper of general circulation, Nevada Legal News, published in Clark County, Nevada, and in addition thereto, a copy of the Summons and Counterclaim shall be forthwith mailed to the Counter-Defendant at her last known addresses, 689 Principle Point Avenue, Henderson, NV 89012 and 273 Fair Play Street, Henderson, NV 89052, first class certified mail, postage prepaid.

Dated this 5th day of ~~February~~ April, 2017.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate