MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Defendant/Counter-Claimant, Cascade Research Partners, LLC*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO. 2:16-cv-01600-JCM-VCF |
| Plaintiff, | |
| v. | |
| CASCADE RESEARCH PARTNERS, LLC, a Nevada limited liability company; VIEW OF BLACK MOUNTAIN HOMEOWNERS ASSOCIATION, a Nevada non-profit company; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; and DOES I through X and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF PARTY AND DISCLAIMER OF INTEREST IN SUBJECT REAL PROPERTY** |
| Defendants. | |
| CASCADE RESEARCH PARTNERS, LLC, | |
| Counterclaimant, | |
| v. | |
| CAROLYN DELON; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | |
| Counter-defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Counterclaimant Cascade Research Partners, LLC, through its undersigned counsel of record, and Counter-Defendant, Carolyn Delon (hereafter, "Ms. Delon"), that Ms. Delon hereby disclaims and and

all, right, title and/or interest in the subject property located at 689 Principle Point Avenue, Henderson, Nevada 89012 (Assessor Parcel Number 178-23-615-089) and that Ms. Delon should be dismissed from this action without prejudice, and that she and her successors, heirs, and assigns shall be barred and enjoined hereafter from asserting any right, title, claim, or interests in the subject property.

Each party shall bear their own attorney's fees.

DATED this _____ day of August, 2017.          Dated this 25th day of August, 2017

BY: _____          BY:  */s/Michael Beede*_____
    Carolyn Delon                                    MICHAEL BEEDE, ESQ.
                                                Nevada Bar No. 13068
                                                The Law Office of Mike Beede, PLLC
                                                2470 St. Rose Pkwy., Ste. 201
                                                Henderson, NV 89074
                                                T: 702-473-8406
                                                  F: 702-832-0248
                                                  eservice@legallv.com
                                                *Attorney for Defendant/Counter-Claimant,*
                                                *Cascade Research Partners, LLC*

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS ORDERED** that in the above-captioned and numbered matter, Carolyn Delon, shall be dismissed from this action, disclaiming any and all interest in the property, and shall be hereafter barred and enjoined from asserting any right, claim, or interests in the subject property. All parties to bear their own attorneys' fees and costs.

DATED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

2

BANK OF AMERICA, N.A.,

        Plaintiff,

v.

CASCADE RESEARCH PARTNERS, LLC, a Nevada limited liability company; VIEW OF BLACK MOUNTAIN HOMEOWNERS ASSOCIATION, a Nevada non-profit company; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; and DOES I through X and ROE CORPORATIONS I through X, inclusive,

        Defendants.

CASCADE RESEARCH PARTNERS, LLC,

        Counterclaimant,

v.

CAROLYN DELON; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,

        Counter-defendants.

CASE NO. 2:16-cv-01600-JCM-VCF

**STIPULATION AND ORDER FOR DISMISSAL OF PARTY AND DISCLAIMER OF INTEREST IN SUBJECT REAL PROPERTY**

IT IS HEREBY STIPULATED AND AGREED, by and between Counterclaimant Cascade Research Partners, LLC, through its undersigned counsel of record, and Counter-Defendant, Carolyn Delon (hereafter, "Ms. Delon"), that Ms. Delon hereby disclaims and and all, right, title and/or interest in the subject property located at 689 Principle Point Avenue, Henderson, Nevada 89012 (Assessor Parcel Number 178-23-615-089) and that Ms. Delon should be dismissed from this action without prejudice, and that she and her successors, heirs, and assigns shall be barred and enjoined hereafter from asserting any right, title, claim, or interests in the subject property.

Each party shall bear their own attorney's fees.

DATED this 15 day of August, 2017.            Dated this 15ᵗʰ day of August, 2017

BY: _Carolyn DeLon_                            BY: _____
     Carolyn Delon                                  MICHAEL BEEDE, ESQ.
                                                    Nevada Bar No. 13068
                                                    The Law Office of Mike Beede, PLLC
                                                    2470 St. Rose Pkwy., Ste. 201
                                                    Henderson, NV 89074
                                                    T: 702-473-8406
                                                    F: 702-832-0248
                                                    eservice@legallv.com
                                                    *Attorney for Defendant/Counter-*
                                                    *Claimant, Cascade Research Partners,*
                                                    *LLC*

### ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS ORDERED** that in the above-captioned and numbered matter, Carolyn Delon,

shall be dismissed from this action, disclaiming any and all interest in the property, and

shall be hereafter barred and enjoined from asserting any right, claim, or interests in the

subject property. All parties to bear their own attorneys' fees and costs.

DATED August 29, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE