WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE RESEARCH PARTNERS, LLC, a Nevada limited liability company; VIEW OF BLACK MOUNTAIN HOMEONWERS ASSOCIATION, a Nevada non-profit company; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01600-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR REPLIES TO THE PARTIES' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiff, Bank of America, N.A. ("BANA"), through its counsel of record, Edgar C. Smith, Esq. and Aaron D. Lancaster, Esq., Cascade Research Partners, LLC ("Cascade"), through its counsel of record, Michael N. Beede, Esq., View of Black Mountain Homeowners Association ("HOA"), through its counsel of record Amber M. Williams, Esq., and Red Rock Financial Services, LLC, through its counsel of record David R. Koch, Esq. and Steven B. Scow, Esq. respectfully submit this Stipulation and Order to extend the reply due dates for each of the parties' respective motions for summary judgment.

In accordance with the Order [ECF No. 60], Dispositive Motions were to be due by October 2, 2017. BANA, Cascade and HOA each timely filed their motion for summary judgment on October 2, 2017. Responses were filed on November 6, 2017, with reply due dates set for November 20, 2017. The parties have conversed and have agreed to an extension on all replies to each of the outstanding responses to motions for summary judgment filed by BANA, Cascade and HOA, such that all replies to the responses to motions for summary judgment will now be due December 4, 2017.

This is the parties' first request for extension and is not meant for the purposes of delay or prejudice to any party.

Dated this 15th day of November, 2017.

| WRIGHT FINLAY & ZAK | THE LAW OFFICE OF MIKE BEEDE, PLLC |
|---|---|
| By: */s/ Aaron D. Lancaster*<br>Aaron D Lancaster, Esq.<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Plaintiff, Bank of America, N.A.* | By: */s/ Michael N. Beede*<br>Michael N. Beede, Esq.<br>2470 St. Rose Parkway, Suite 201<br>Las Vegas, NV 89074<br>*Attorneys for Defendant Cascade Research Partners, LLC* |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>*/s/ Amber M. Williams*<br>Amber M. Williams, Esq.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorney for Defendant View of Black Mountain Homeowners Association* | KOCH & SCOW LLC<br><br>By: */s/ Steven b. Scow*<br>David R. Koch, Esq.<br>Steven B. Scow, Esq.<br>Brody R. Wright, Esq.<br>11500 South Eastern Avenue, Suite 210<br>Henderson, NV 89052<br>*Attorneys for Red Rock Financial Services, LLC* |

| | |
|---|---|
| 1 | Case No.: 2:16-cv-01600-JCM-VCF |
| 2 | |

**ORDER**

**IT IS SO ORDERED.**

Dated November 16, 2017.

_____
UNITED STATES DISTRICT JUDGE